1   John W. Phillips (SBN 147117)
**WILD, CARTER & TIPTON**

2   A Professional Corporation
246 West Shaw Avenue

3   Fresno, California 93704
Telephone: (559) 224-2131

4   Facsimile: (559) 229-7295
E-mail: jphillips@wctlaw.com

5

Attorneys for Intervenors

6   David L. Blevins and Anne M. Blevins

7

8               **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO**

10

11   SAFECO INSURANCE COMPANY OF   )   Case Number 2:10-01230 WBS JFM
AMERICA,                        )

12                              )   **REQUEST FOR TELEPHONIC**
              Plaintiff,      )   **APPEARANCE; AND ORDER**

13                              )   **THEREON**
v.                           )

14                              )
SEARS, ROEBUCK & CO., and Does 1   )   Hearing Date:   4/11/11

15   through 25, inclusive,          )   Hearing Time:   2:00 p.m.
                              )   Department No. 5

16             Defendants.     )
                              )

17   _____)

18          Counsel to Intervenors David L. Blevins and Anne M. Blevins, hereby request the

19   court's permission to appear via telephone at Intervenors' Motion for Intervention on calendar

20   for April 11, 2011, at 2:00 p.m., in Department 5 of the Sacramento County Superior Court.

21   Counsel is located in Fresno, California.  Counsel can be reached at (559)224-2131 on the day of

22   the hearing for appearance purposes.

23

24   Dated:  March __22___, 2011         **WILD, CARTER & TIPTON**
                                   A Professional Corporation

25

26                           By _____/s/_____

27                            JOHN W. PHILLIPS
                            Attorneys for Intervenors

28

ORDER

The request of counsel to Intervenors to appear via telephone at the April 11, 2011 motion for intervention hearing, is hereby approved.

Date:    March 31, 2011

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REQUEST FOR TELEPHONIC APPEARANCE; AND ORDER THEREON