DOUGLAS M. (GREGORY) KILDUFF (SBN 77002)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA   (95825-8201)
(916) 483-5181 Telephone
(916) 483-7558 Facsimile

Attorneys for Defendant,
SEARS, ROEBUCK & CO.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, | CASE NO. 2:10-CV-01230-WBS-JFM |
| Plaintiff, | REQUEST FOR TELEPHONIC APPEARANCE; AND ORDER THEREON |
| vs. | |
| SEARS, ROEBUCK & CO. and DOES 1 to through 25, inclusive, | HEARING DATE:  4/11/11<br>HEARING TIME:  2:00 p.m.<br>DEPT. NO.:  5 |
| Defendants. | |

Counsel for defendant, SEARS, ROEBUCK & CO., hereby requests the Court's permission to appear via telephone at Intervenors', DAVID L. BLEVINS and ANNE M. BLEVINS, Motion for Intervention on calendar for April 11, 2011, at 2:00 p.m., in Department 5 of the Sacramento County Superior Court. Counsel can be reached at (916) 483-5181 on the day of the hearing for appearance purposes.

DATED: March 30, 2011                                    ERICKSEN ARBUTHNOT


                                                                By: _____/s/_____
                                                                DOUGLAS M. (GREGORY) KILDUFF
                                                                Attorneys for Defendant, SEARS, ROEBUCK & CO.

## ORDER

The request of counsel for defendant, SEARS, ROEBUCK & CO., to appear via telephone at the April 11, 2011 Motion for Intervention hearing, is hereby approved. The courtroom deputy shall initiate the telephone conference call.

Date:   April 4, 2011

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

Request for Telephonic Appearance

2