1  John W. Phillips (SBN 147117)
   **WILD, CARTER & TIPTON**
2  A Professional Corporation
   246 West Shaw Avenue
3  Fresno, California 93704
   Telephone: (559) 224-2131
4  Facsimile: (559) 229-7295
   E-mail: jphillips@wctlaw.com
5
   Attorneys for Intervenors
6  David L. Blevins and Anne M. Blevins

7

8                    **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO**

10

11  SAFECO INSURANCE COMPANY OF        )   Case Number 2:10-01230 WBS JFM
    AMERICA,                           )
12                                     )   **REQUEST FOR TELEPHONIC**
                        Plaintiff,     )   **APPEARANCE; AND ORDER**
13                                     )   **THEREON**
    v.                                 )   _____
14                                     )
    SEARS, ROEBUCK & CO., and Does 1   )   Hearing Date:    4/2/12
15  through 25, inclusive,             )   Hearing Time:    2:00 p.m.
                                       )   Department No. 5
16                      Defendants.    )
                                       )
17  _____   )

18        Counsel to Intervenors David L. Blevins and Anne M. Blevins, hereby request the

19  court's permission to appear via telephone at the Pretrial Conference on calendar for April 2,

20  2012, at 2:00 p.m., in Department 5 of the Sacramento County Superior Court.  Counsel is

21  located in Fresno, California.  Counsel can be reached at (559)224-2131 on the day of the

22  hearing for appearance purposes.

23

24  Dated:  March __22__, 2012            **WILD, CARTER & TIPTON**
                                          A Professional Corporation
25

26                                        By /s/_____
                                             JOHN W. PHILLIPS
27                                           Attorneys for Intervenors

28

_____
REQUEST FOR TELEPHONIC APPEARANCE; AND ORDER THEREON

1

## ORDER

2

3        Since the Final Pretrial Conference is tantamount to the first day of trial, the court

4   requires the presence of an attorney who will actually try the case.  The court accordingly

5   requests a personal appearance by counsel, and the request for telephonic appearance is

6   DENIED.

7

8   Date: March 23, 2012

9

10   _____
     WILLIAM B. SHUBB

11   UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR TELEPHONIC APPEARANCE; AND ORDER THEREON