John W. Phillips (SBN 147117)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: jphillips@wctlaw.com

Attorneys for Intervenors
David L. Blevins and Anne M. Blevins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-SACRAMENTO

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO., and Does 1 through 25, inclusive,<br><br>Defendants. | Case Number 2:10-01230 WBS JFM<br><br>**REQUEST FOR TELEPHONIC APPEARANCE; AND ORDER THEREON**<br><br>Hearing Date:   4/2/12<br>Hearing Time:   2:00 p.m.<br>Department No. 5 |

Counsel to Intervenors David L. Blevins and Anne M. Blevins, hereby request the court's permission to appear via telephone at the Pretrial Conference on calendar for April 2, 2012, at 2:00 p.m., in Department 5 of the Sacramento County Superior Court. Counsel is located in Fresno, California. Counsel can be reached at (559)224-2131 on the day of the hearing for appearance purposes.

Dated:  March  22 , 2012             **WILD, CARTER & TIPTON**
                                      A Professional Corporation


                                      By /s/
                                      JOHN W. PHILLIPS
                                      Attorneys for Intervenors

REQUEST FOR TELEPHONIC APPEARANCE; AND ORDER THEREON

ORDER

Since the Final Pretrial Conference is tantamount to the first day of trial, the court requires the presence of an attorney who will actually try the case. The court accordingly requests a personal appearance by counsel, and the request for telephonic appearance is DENIED.

Date: March 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

REQUEST FOR TELEPHONIC APPEARANCE; AND ORDER THEREON