DOUGLAS M. (GREGORY) KILDUFF  (SBN 77002)
ERICKSEN ARBUTHNOT
100 Howe Avenue, Suite 110 South
Sacramento, CA  95825
(916) 483-5181
(916) 483-7558 Facsimile

Attorney for Defendant, SEARS, ROEBUCK & CO.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>SEARS, ROEBUCK & CO. and DOES 1 through 25, inclusive,<br><br>　　　　　Defendant. | Case No.: 2:10-CV-01230-WBS-JFM<br><br>**REQUEST FOR EXTENSION TO FILE PRETRIAL CONFERENCE STATEMENT BY SEARS, ROEBUCK & CO.** |

Counsel for defendant, SEARS, ROEBUCK & CO. hereby requests an extension of time to file its Pretrial Conference Statement until 5:00 p.m. on Friday, March 30, 2012.  The reason for this request is that plaintiffs and defendant are currently involved in settlement negotiations.  Plaintiffs' counsel has agreed to this extension.

Respectfully submitted this 27th day of March, 2012

ERICKSEN ARBUTHNOT


BY: /S/ Douglas M. (Gregory) Kilduff
　　　DOUGLAS M. (GREGORY) KILDUFF
　　　Attorneys for defendant, SEARS, ROEBUCK & CO.

Request for Extension to File Pretrial Statement　　　　　　　　　　　　　　　　　　　　　　　　Page 1

## ORDER

GOOD CAUSE APPEARING, SEARS, ROEBUCK & CO. shall file the Pretrial Conference Statement **no later than 3:00 p.m. on Thursday, March 29, 2012**.

DATED: March 27, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE