ROBERT JAVAN, SBN 148806
LAW OFFICES OF KATCHIS, HARRIS & YEMPUKU
2180 Harvard Street, Suite 460
Sacramento, California 95815-3329
Telephone: (916) 649-8333
Facsimile: (916) 649-1027

Attorneys for Plaintiff
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK & CO. AND DOES 1 THROUGH 25, INCLUSIVE,<br><br>            Defendants. | No. 2:10-CV-01230-WBS-JFM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between the parties hereto, through their attorneys of record, that pursuant to settlement this matter may, and shall be dismissed with prejudice.

DATED: April 30, 2012                    LAW OFFICES OF KATCHIS, HARRIS & YEMPUKU


                                        By:  /S/ *Robert Javan*
                                             ROBERT JAVAN
                                             Attorneys for Plaintiff
                                             SAFECO INSURANCE COMPANY
                                             OF AMERICA

DATED: April    , 2012                   WILD, CARTER & TIPTON


                                        By:  /S/ *John W. Phillips*
                                             JOHN W. PHILLIPS
                                             Attorneys for Intervenors
                                             DAVID BLEVINS AND ANN BLEVINS

DATED: May 9, 2012                    ERICKSON ARBUTHNOT


By: _____/S/ *Douglas M. (Gregory) Kilduff*_____
    DOUGLAS M. (GREGORY) KILDUFF
    Attorneys for Defendant
    SEARS, ROEBUCK & CO.


**ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to the Stipulation of the Parties,

IT IS HEREBY ORDERED that this matter be, and it hereby is, dismissed with prejudice.

DATED: May 10, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am over the age of eighteen years, not a party to the above-captioned matter, and employed by Adams | Nye | Trapani | Becht  LLP at 222 Kearny Street, Seventh Floor, San Francisco, California, where the service described below took place on the date set forth below.

**Person(s) Served**:

See attached "**Service List**."

**Document Served**:

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**Manner of Service**:

[X]  **Mail:**  I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service: such correspondence is deposited with the United States Postal Service on the same day in the ordinary course of business in the county where I work.  On the date set forth below, at my place of business, following ordinary business practices, I placed for collection and mailing by deposit in the United States Postal Service a copy of each Document Served, enclosed in a sealed envelope, with the postage thereon fully prepaid, each envelope being addressed to one of the Person(s) Served, in accordance with Code of Civil Procedure 1013(a).

[ ]  **Facsimile:** I transmitted by facsimile a copy of each Document Served mentioned above to each Person Served mentioned above pursuant to Code of Civil Procedure 1013(e).

[ ]  **Personal service:** I caused a copy of each Document Served to be hand delivered to each Person Served pursuant to Code of Civil Procedure 1011.  If required, the actual server's original proof of personal service will be filed with the court.

[ ]  **Express Mail (U.S. Post Office):** I deposited in a post office, mailbox, or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail a copy of each Document Served in a sealed envelope with Express Mail postage paid, each envelope being addressed to each Person Served as mentioned above in accordance with Code of Civil Procedure 1013(c).

[ ]  **Express Mail (other express service carrier):**  I deposited in a box or other like facility regularly maintained by an express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, a copy of each Document Served in an envelope or package designated by the express service carrier with delivery fees paid or provided for, each envelope being addressed to each Person Served in accordance with Code of Civil Procedure 1013 (c).

[ ]  **Electronic Mail:** I caused a copy of the attached document to be transmitted via e-mail to the person on whom it is served at the e-mail address shown on the service list.

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:    April __, 2012

_____
Christine Thomas

**SERVICE LIST**

| | |
|---|---|
| Robert Javan, Esq.<br>Law Offices of Katchis, Harris & Yempuku<br>2180 Harvard Street, Suite 460<br>Sacramento, CA  95815-3329 | Attorneys for Plaintiff<br><br>Tel:    (916) 649-8333<br>Fax:   (916) 649-1027<br><br>bobjav@safeco.com |